JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

DAVID GINSBERG, et al.,

              Plaintiffs,

    v.

SAFECO INSURANCE
COMPANY OF AMERICA, et al.,

              Defendants.

Case No.  CV 25-1778-GW-AYPx

**ORDER TO DISMISS WITHOUT PREJUDICE**

Based upon Plaintiff's Notice of Voluntary Dismissal with Prejudice [16] filed on November 17, 2025, it is hereby ORDERED that this action is dismissed without prejudice in its entirety.

IT IS SO ORDERED.

Dated: May 8, 2026



_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE